**Dismiss and Opinion Filed August 8, 2023**



**In the**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-23-00281-CV**

**THE CITY OF DALLAS, Appellant**

**V.**

**6101 MOCKINGBIRD, LLC, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-06071-E**

## MEMORANDUM OPINION

Before Justices Molberg, Carlyle, and Smith
Opinion by Justice Carlyle

Before the Court is the parties' joint motion to dismiss the appeal based on settlement. *See* TEX. R. APP. P. 42.1(a)(2). We grant the motion and dismiss the appeal. *See id.*

230281f.p05

/Cory L. Carlyle/.

CORY L. CARLYLE
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

THE CITY OF DALLAS, Appellant

No. 05-23-00281-CV          V.

6101 MOCKINGBIRD, LLC,
Appellee

On Appeal from the County Court at
Law No. 5, Dallas County, Texas
Trial Court Cause No. CC-15-06071-
E.
Opinion delivered by Justice Carlyle,
Justices Molberg and Smith
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

As agreed by the parties, we **ORDER** that each party bear its own costs of this appeal.

Judgment entered this 8th day of August 2023.